UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR ALEJANDRO MEDINA a.k.a. ) <br> OMAR MEDINA ALEJANDRO,[1] ) <br>   ) <br>     Plaintiff, ) <br>   ) <br>   v. ) <br>   ) <br> U.S. DEPARTMENT OF DEFENSE, ) <br>   ) <br>     Defendant. ) | Civil Action No. 22-691 (UNA) |

**MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a form Complaint for a Civil Case, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer, mount an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497,

---

[1] Plaintiff has filed numerous cases in this court in the name of Omar Alejandro Medina, as listed in the caption of the instant complaint, or Omar Medina Alejandro, as listed under the parties' section of the complaint.

498 (D.D.C. 1977).  It also assists the Court in determining whether it has jurisdiction over the subject matter.

      Plaintiff is a resident of San Pedro, California, who has sued the U.S. Department of Defense.  Plaintiff alleges, to the extent intelligible, that on March 8, 2022, his privacy rights were violated by individuals "acting as representatives for the U.S. Department of Defense" who approached his home.  Compl. at 4.  He demands "to know, yes or no" if the Department is "trying to talk to me at home through illegal means outside the way I want to talk to the . . . Department[.]" *Id*.  Plaintiff's statements provide inadequate notice of a claim and the basis of federal court jurisdiction.  Consequently, this case will be dismissed by separate order.

                                                                                                      _____/s/_____
                                                                                                        TIMOTHY J. KELLY
                                                                                                        United States District Judge

Date:  April 13, 2022